IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**DEAN M. JAVID,**

    **Plaintiff**

v.             Civil No. 1:12-cv-01326-LO-JFA

**J.P. MORGAN CHASE BANK, N.A.,**

    **Defendant.**

## NOTICE OF APPEARANCE

  Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, VA 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

  Please copy him with all matters in this case.

                **DEAN M. JAVID,**

                _____/s/_____
                Leonard A. Bennett, Esq.
                VSB #37523
                Attorney for Plaintiff
                CONSUMER LITIGATION
                ASSOCIATES, P.C.
                763 J. Clyde Morris Boulevard, Suite 1-A
                Newport News, Virginia 23601
                (757) 930-3660 - Telephone
                (757) 930-3662 – Facsimile
                E-mail:  lenbennett@clalegal.com